ENTERED
06/14/2021

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| WASHINGTON PRIME GROUP INC., | Case No. 21-31948 (MI) |
| Debtor. | |
| Tax I.D. No. 46-4323686 | |
| In re: | Chapter 11 |
| BLOOMINGDALE COURT, LLC, | Case No. 21-31951 (MI) |
| Debtor. | |
| Tax I.D. No. 27-0720123 | |
| In re: | Chapter 11 |
| BOWIE MALL COMPANY, LLC, | Case No. 21-31955 (MI) |
| Debtor. | |
| Tax I.D. No. 58-2576359 | |
| In re: | Chapter 11 |
| BOYNTON BEACH MALL, LLC, | Case No. 21-31959 (MI) |
| Debtor. | |
| Tax I.D. No. 46-5288795 | |
| In re: | Chapter 11 |
| C.C. ALTAMONTE JOINT VENTURE, | Case No. 21-31966 (MI) |
| Debtor. | |
| Tax I.D. No. 35-1841103 | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| C.C. OCALA JOINT VENTURE, | ) | Case No. 21-31970 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 35-1841105 | ) | |
| In re: | ) | Chapter 11 |
| C.C. WESTLAND JOINT VENTURE, | ) | Case No. 21-31973 (MI) |
| Debtor. | ) | |
| Tax I.D. No. 35-1845503 | ) | |
| In re: | ) | Chapter 11 |
| CHAUTAUQUA MALL, LLC, | ) | Case No. 21-31979 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 46-5289159 | ) | |
| In re: | ) | Chapter 11 |
| CHESAPEAKE CENTER, LLC, | ) | Case No. 21-31985 (MI) |
| Debtor. | ) | |
| Tax I.D. No. 46-5289671 | ) | |
| In re: | ) | Chapter 11 |
| CHESAPEAKE THEATER, LLC, | ) | Case No. 21-31991 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 27-3698713 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| CLAY TERRACE PARTNERS, LLC, | Case No. 21-31954 (DRJ) |
| Debtor. | |
| Tax I.D. No. 35-2260966 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CORAL SPRINGS JOINT VENTURE, | Case No. 21-31960 (DRJ) |
| Debtor. | |
| Tax I.D. No. 35-1845496 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CT PARTNERS, LLC, | Case No. 21-31965 (DRJ) |
| Debtor. | |
| Tax I.D. No. 35-2100674 | |

| | |
|---|---|
| In re: | Chapter 11 |
| DARE CENTER, LLC, | Case No. 21-31971 (DRJ) |
| Debtor. | |
| Tax I.D. No. 46-5289813 | |

| | |
|---|---|
| In re: | Chapter 11 |
| DAYTON MALL III LLC, | Case No. 21-31978 (MI) |
| Debtor. | |
| Tax I.D. No. N/A | |

| | |
|---|---|
| In re:<br><br>DOWNEAST LLC,<br><br>Debtor.<br><br>Tax I.D. No. 35-1845501 | Chapter 11<br><br>Case No. 21-31987 (DRJ) |
| In re:<br><br>EDISON MALL, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5290435 | Chapter 11<br><br>Case No. 21-31993 (MI) |
| In re:<br><br>EMPIRE EAST, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 45-4007394 | Chapter 11<br><br>Case No. 21-31999 (MI) |
| In re:<br><br>FAIRFAX COURT CENTER LLC,<br><br>Debtor.<br><br>Tax I.D. No. 35-1841110 | Chapter 11<br><br>Case No. 21-32006 (MI) |
| In re:<br><br>FAIRFIELD TOWN CENTER, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5294097 | Chapter 11<br><br>Case No. 21-31947 (MI) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FAIRFIELD VILLAGE, LLC, | ) | Case No. 21-32010 (MI) |
| Debtor. | ) | |
| Tax I.D. No. 54-2065292 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GAITWAY PLAZA, LLC, | ) | Case No. 21-32017 (MI) |
| Debtor. | ) | |
| Tax I.D. No. 13-4300423 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GREENWOOD PLUS CENTER, LLC, | ) | Case No. 21-32003 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 46-5294259 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| JEFFERSON VALLEY CENTER LLC, | ) | Case No. 21-32012 (MI) |
| Debtor. | ) | |
| Tax I.D. No. 46-5318376 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| KEYSTONE SHOPPES, LLC, | ) | Case No. 21-32018 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 46-5294432 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| KI-HENDERSON SQUARE ASSOCIATES, L.P., | ) | Case No. 21-32022 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 23-3014155 | ) | |
| In re: | ) | Chapter 11 |
| KI-HENDERSON SQUARE ASSOCIATES, LLC, | ) | Case No. 21-32024 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 23-3014154 | ) | |
| In re: | ) | Chapter 11 |
| KI-WHITEMAK ASSOCIATES, LLC, | ) | Case No. 21-32026 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 23-2995740 | ) | |
| In re: | ) | Chapter 11 |
| LAKEVIEW PLAZA (ORLAND), LLC, | ) | Case No. 21-32030 (MI) |
| Debtor. | ) | |
| Tax I.D. No. 27-1122653 | ) | |
| In re: | ) | Chapter 11 |
| LIMA CENTER, LLC, | ) | Case No. 21-32032 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 46-5329415 | ) | |

| | |
|---|---|
| In re:<br><br>LINCOLN CROSSING, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5318219 | Chapter 11<br><br>Case No. 21-32033 (DRJ) |
| In re:<br><br>LINDALE MALL, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 45-4007343 | Chapter 11<br><br>Case No. 21-32034 (DRJ) |
| In re:<br><br>MALL AT COTTONWOOD II LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 21-32035 (MI) |
| In re:<br><br>MALL AT GREAT LAKES, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 30-0713227 | Chapter 11<br><br>Case No. 21-31950 (DRJ) |
| In re:<br><br>MALL AT IRVING, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5317957 | Chapter 11<br><br>Case No. 21-31952 (DRJ) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MALL AT JEFFERSON VALLEY, LLC, | ) | Case No. 21-31956 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| MALL AT LAKE PLAZA, LLC, | ) | Case No. 21-31962 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 46-5317693 | ) | |
| In re: | ) | Chapter 11 |
| MALL AT LIMA, LLC, | ) | Case No. 21-31967 (MI) |
| Debtor. | ) | |
| Tax I.D. No. 46-5329686 | ) | |
| In re: | ) | Chapter 11 |
| MALL AT LONGVIEW, LLC, | ) | Case No. 21-31977 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 46-5319161 | ) | |
| In re: | ) | Chapter 11 |
| MAPLEWOOD MALL, LLC, | ) | Case No. 21-31983 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 46-5319384 | ) | |

| | | |
|---|---|---|
| In re:<br><br>MARKLAND FEE OWNER LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | ) | Chapter 11<br><br>Case No. 21-31990 (DRJ) |
| In re:<br><br>MARKLAND MALL, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 52-2373779 | ) | Chapter 11<br><br>Case No. 21-31996 (MI) |
| In re:<br><br>MARKLAND PLAZA, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5338623 | ) | Chapter 11<br><br>Case No. 21-32000 (DRJ) |
| In re:<br><br>MARTINSVILLE PLAZA, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5338770 | ) | Chapter 11<br><br>Case No. 21-32007 (DRJ) |
| In re:<br><br>MELBOURNE SQUARE, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5341209 | ) | Chapter 11<br><br>Case No. 21-31975 (DRJ) |

| | |
|---|---|
| In re:<br><br>MFC BEAVERCREEK, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 20-0225220 | Chapter 11<br><br>Case No. 21-31981 (MI) |
| In re:<br><br>MORGANTOWN MALL LLC,<br><br>Debtor.<br><br>Tax I.D. No. 31-1429084 | Chapter 11<br><br>Case No. 21-31989 (DRJ) |
| In re:<br><br>MSA/PSI ALTAMONTE LIMITED PARTNERSHIP,<br><br>Debtor.<br><br>Tax I.D. No. 35-1841104 | Chapter 11<br><br>Case No. 21-32002 (MI) |
| In re:<br><br>MSA/PSI OCALA LIMITED PARTNERSHIP,<br><br>Debtor.<br><br>Tax I.D. No. 35-1841106 | Chapter 11<br><br>Case No. 21-32008 (DRJ) |
| In re:<br><br>NORTHWOODS RAVINE, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 11-3733363 | Chapter 11<br><br>Case No. 21-32014 (MI) |

<table>
<tr><td>In re:<br><br>NORTHWOODS SHOPPING CENTER, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5341371</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Chapter 11<br><br>Case No. 21-32019 (MI)</td></tr>
<tr><td>In re:<br><br>ORANGE PARK MALL, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5357873</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Chapter 11<br><br>Case No. 21-32020 (DRJ)</td></tr>
<tr><td>In re:<br><br>PADDOCK MALL, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5341530</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Chapter 11<br><br>Case No. 21-32023 (DRJ)</td></tr>
<tr><td>In re:<br><br>PLAZA AT BUCKLAND HILLS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 57-1221364</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Chapter 11<br><br>Case No. 21-32027 (MI)</td></tr>
<tr><td>In re:<br><br>PLAZA AT COUNTRYSIDE, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5341716</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Chapter 11<br><br>Case No. 21-32029 (DRJ)</td></tr>
</table>

| | |
|---|---|
| In re:<br><br>PLAZA AT NORTHWOOD, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5363847 | Chapter 11<br><br>Case No. 21-31963 (DRJ) |
| In re:<br><br>PLAZA AT TIPPECANOE, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5364087 | Chapter 11<br><br>Case No. 21-31972 (MI) |
| In re:<br><br>RICHARDSON SQUARE, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5342413 | Chapter 11<br><br>Case No. 21-31986 (DRJ) |
| In re:<br><br>ROCKAWAY TOWN COURT, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5342695 | Chapter 11<br><br>Case No. 21-31995 (DRJ) |
| In re:<br><br>ROCKAWAY TOWN PLAZA, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5304500 | Chapter 11<br><br>Case No. 21-32004 (MI) |

| | |
|---|---|
| In re:<br><br>ROLLING OAKS MALL, LLC<br><br>Debtor.<br><br>Tax I.D. No. 46-4877182 | Chapter 11<br><br>Case No. 21-32011 (MI) |
| In re:<br><br>ROYAL EAGLE PLAZA LLC,<br><br>Debtor.<br><br>Tax I.D. No. 35-1863229 | Chapter 11<br><br>Case No. 21-32021 (DRJ) |
| In re:<br><br>ROYAL EAGLE PLAZA II LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 21-32016 (MI) |
| In re:<br><br>SHOPS AT NORTHEAST MALL, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5305016 | Chapter 11<br><br>Case No. 21-32025 (DRJ) |
| In re:<br><br>SIMON MV, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 47-3950362 | Chapter 11<br><br>Case No. 21-32028 (DRJ) |

| | |
|---|---|
| In re:<br><br>SM MESA MALL, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 20-4583467 | Chapter 11<br><br>Case No. 21-32031 (MI) |
| In re:<br><br>SOUTHERN HILLS MALL LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 21-31953 (DRJ) |
| In re:<br><br>SOUTHERN PARK MALL, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5305160 | Chapter 11<br><br>Case No. 21-31957 (DRJ) |
| In re:<br><br>ST. CHARLES TOWNE PLAZA, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 27-0722824 | Chapter 11<br><br>Case No. 21-31961 (MI) |
| In re:<br><br>SUNLAND PARK MALL, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-5310530 | Chapter 11<br><br>Case No. 21-31964 (MI) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| THE OUTLET COLLECTION LLC, | ) | Case No. 21-31969 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 31-1578414 | ) | |
| In re: | ) | Chapter 11 |
| TOWN CENTER AT AURORA II LLC, | ) | Case No. 21-31974 (MI) |
| Debtor. | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| UNIVERSITY PARK MALL CC, LLC, | ) | Case No. 21-31980 (MI) |
| Debtor. | ) | |
| Tax I.D. No. 75-3246349 | ) | |
| In re: | ) | Chapter 11 |
| UNIVERSITY TOWN PLAZA, LLC, | ) | Case No. 21-31984 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 46-5310721 | ) | |
| In re: | ) | Chapter 11 |
| VILLAGE PARK PLAZA, LLC, | ) | Case No. 21-31988 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 57-1221358 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| VILLAGES AT MACGREGOR, LLC, | ) | Case No. 21-31994 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 46-5305975 | ) | |
| In re: | ) | Chapter 11 |
| WASHINGTON PLAZA, LLC, | ) | Case No. 21-31997 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 46-5311107 | ) | |
| In re: | ) | Chapter 11 |
| WASHINGTON PRIME GROUP, L.P., | ) | Case No. 21-31949 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 46-4674640 | ) | |
| In re: | ) | Chapter 11 |
| WASHINGTON PRIME MANAGEMENT ASSOCIATES, LLC, | ) | Case No. 21-31958 (MI) |
| Debtor. | ) | |
| Tax I.D. No. 46-4797543 | ) | |
| In re: | ) | Chapter 11 |
| WASHINGTON PRIME PROPERTY LIMITED PARTNERSHIP, | ) | Case No. 21-31968 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 31-1390925 | ) | |

| | |
|---|---|
| In re:<br><br>WEST TOWN CORNERS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 13-4300426 | Chapter 11<br><br>Case No. 21-31976 (DRJ) |
| In re:<br><br>WESTSHORE PLAZA II LLC,<br><br>Debtor.<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 21-31982 (DRJ) |
| In re:<br><br>WHITEMAK ASSOCIATES,<br><br>Debtor.<br><br>Tax I.D. No. 23-2024198 | Chapter 11<br><br>Case No. 21-31992 (MI) |
| In re:<br><br>WPG MANAGEMENT ASSOCIATES, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 47-1284642 | Chapter 11<br><br>Case No. 21-31998 (DRJ) |
| In re:<br><br>WPG NORTHTOWN VENTURE LLC,<br><br>Debtor.<br><br>Tax I.D. No. 31-1597612 | Chapter 11<br><br>Case No. 21-32001 (MI) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| WPG ROCKAWAY COMMONS, LLC, | ) | Case No. 21-32005 (MI) |
| Debtor. | ) | |
| Tax I.D. No. 46-5311523 | ) | |
| In re: | ) | Chapter 11 |
| WPG WESTSHORE, LLC, | ) | Case No. 21-32009 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 20-0107126 | ) | |
| In re: | ) | Chapter 11 |
| WPG WOLF RANCH, LLC, | ) | Case No. 21-32013 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 46-5311312 | ) | |
| In re: | ) | Chapter 11 |
| WTM STOCKTON, LLC, | ) | Case No. 21-32015 (DRJ) |
| Debtor. | ) | (Joint Administration Requested) |
| Tax I.D. No. 20-4526849 | ) | (Emergency Hearing Requested) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and

[1] Capitalized terms used and not defined herein have the meanings ascribed to them in the Motion.

this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that relief of this nature may be granted ex parte, the Court orders:

1. The above-captioned chapter 11 cases will be jointly administered under case number 21-31948 (MI). All of the jointly administered cases not previously assigned to Judge Isgur are transferred to Judge Isgur.

2. Additionally, the following checked items are ordered:

☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

☒ Other: See below.

3. The caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| WASHINGTON PRIME GROUP INC., *et al.*,[1] | ) | Case No. 21-31948 |
| Debtors. | ) | (Jointly Administered) |

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/washingtonprime. The Debtors' service address is 180 East Broad Street, Columbus, Ohio 43215.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Washington Prime Group Inc. to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Bankruptcy Rule 1015(b) and Local Rule 1015-1 for the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 11 cases of each of the following: Washington Prime Group Inc., Case No. 21-31948; Bloomingdale Court, LLC, Case No. 21-31951; Bowie Mall Company, LLC, Case No. 21-31955; Boynton Beach Mall, LLC, Case No. 21-31959; C.C. Altamonte Joint Venture, Case No. 21-31966; C.C. Ocala Joint Venture, Case No. 21-31970; C.C. Westland Joint Venture, Case No. 21-31973; Chautauqua Mall, LLC, Case No. 21-31979; Chesapeake Center, LLC, Case No. 21-31985; Chesapeake Theater, LLC, Case No. 21-31991; Clay Terrace Partners, LLC, Case No. 21-31954; Coral Springs Joint Venture, Case No. 21-31960; CT Partners, LLC, Case No. 21-31965; Dare Center, LLC, Case No. 21-31971; Dayton Mall III LLC, Case No. 21-31978; Downeast LLC, Case No. 21-31987; Edison Mall, LLC, Case No. 21-31993; Empire East, LLC, Case No. 21-31999; Fairfax Court Center LLC, Case No. 21-32006; Fairfield Town Center,

LLC, Case No. 21-31947; Fairfield Village, LLC, Case No. 21-32010; Gaitway Plaza, LLC, Case No. 21-32017; Greenwood Plus Center, LLC, Case No. 21-32003; Jefferson Valley Center LLC, Case No. 21-32012; Keystone Shoppes, LLC, Case No. 21-32018; KI-Henderson Square Associates, L.P., Case No. 21-32022; KI-Henderson Square Associates, LLC, Case No. 21-32024; KI-Whitemak Associates, LLC, Case No. 21-32026; Lakeview Plaza (Orland), LLC, Case 21-32030; Lima Center, LLC, Case No. 21-32032; Lincoln Crossing, LLC, Case No. 21-32033; Lindale Mall, LLC, Case No. 21-32034; Mall at Cottonwood II LLC, Case No. 21-32035; Mall at Great Lakes, LLC, Case No. 21-31950; Mall at Irving, LLC, Case No. 21-31952; Mall at Jefferson Valley, LLC, Case No. 21-31956; Mall at Lake Plaza, LLC, Case No. 21-31962; Mall at Lima, LLC, Case No. 21-31967; Mall at Longview, LLC, Case No. 21-31977; Maplewood Mall, LLC, Case No. 21-31983; Markland Fee Owner LLC, Case No. 21-31990; Markland Mall, LLC, Case No. 21-31996; Markland Plaza, LLC, Case No. 21-32000; Martinsville Plaza, LLC, Case No. 21-32007; Melbourne Square, LLC, Case No. 21-31975; MFC Beavercreek, LLC, Case No. 21-31981; Morgantown Mall LLC, Case No. 21-31989; MSA/PSI Altamonte Limited Partnership, Case No. 21-32002; MSA/PSI Ocala Limited Partnership, Case No. 21-32008; Northwoods Ravine, LLC, Case No. 21-32014; Northwoods Shopping Center, LLC, Case No 21-32019; Orange Park Mall, LLC, Case No. 21-32020; Paddock Mall, LLC, Case No. 21-32023; Plaza at Buckland Hills, LLC, Case No. 21-32027; Plaza at Countryside, LLC, Case No. 21-32029; Plaza at Northwood, LLC, Case No. 21-31963; Plaza at Tippecanoe, LLC, Case No. 21-31972; Richardson Square, LLC, Case No. 21-31986; Rockaway Town Court, LLC, Case No. 21-31955; Rockaway Town Plaza, LLC, Case No. 21-32004; Rolling Oaks Mall, LLC, Case No. 21-32011; Royal Eagle Plaza LLC, Case No. 21-32021; Royal Eagle Plaza II LLC, Case No. 21-32016; Shops at Northeast Mall, LLC, Case No. 21-32025; Simon MV, LLC, Case No. 21-32028; SM Mesa Mall, LLC, Case No. 21-32031; Southern Hills Mall LLC, Case No. 21-31953; Southern Park Mall, LLC, Case No. 21-31957; St. Charles Towne Plaza, LLC, Case No. 21-31961; Sunland Park Mall, LLC, Case No. 21-31964; The Outlet Collection LLC, Case No. 21-31969; Town Center at Aurora II LLC, Case No. 21-31974; University Park Mall CC, LLC, Case No. 21-31980; University Town Plaza, LLC, Case No. 21-31984; Village Park Plaza, LLC, Case No. 21-31988; Villages at MacGregor, LLC, Case No. 21-31994; Washington Plaza, LLC, Case No. 21-31997; Washington Prime Group, L.P., Case No. 21-31949; Washington Prime Management Associates, LLC, Case No. 21-31958; Washington Prime Property Limited Partnership, Case No. 21-31968; West Town Corners, LLC, Case

No. 21-31976; Westshore Plaza II LLC, Case No. 21-31982; Whitemak Associates, Case No. 21-31992; WPG Management Associates, Inc., Case No. 21-31998; WPG Northtown Venture LLC, Case No. 21-32001; WPG Rockaway Commons, LLC, Case No. 21-32005; WPG Westshore, LLC, Case No. 21-32009; WPG Wolf Ranch, LLC, Case No. 21-32013; and WTM Stockton, LLC, Case No. 21-32015. The docket in Case No. 21-31948 (MI) should be consulted for all matters affecting this case. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 21-31948 (MI).

6. The Debtors shall maintain and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order is without prejudice to the rights of any party in interest to seek entry of an Order substantively consolidating these cases.

8. Omitted, without prejudice.

9. The Debtors are authorized, but not directed, to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

11. Notice of the Motion as provided therein shall be deemed good and sufficient and satisfies the requirements of the Bankruptcy Rules and the Local Rules.

12. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

13. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: June 14, 2021

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: | Case No. 21-31954-drj
Clay Terrace Partners, LLC | Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4 | User: LinhthuDo | Page 1 of 1
Date Rcvd: Jun 14, 2021 | Form ID: pdf001 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clay Terrace Partners, LLC, 180 East Broad Street, Columbus, OH 43215-3707 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kristhy M Peguero | on behalf of Debtor Clay Terrace Partners LLC kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 2